<u>NOT FOR PUBLICATION</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| CALEB L. MCGILLVARY,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>    Defendants. | No. 25cv1497 (EP) (JSA)<br><br>**MEMORANDUM ORDER** |

**PADIN, District Judge**

*Pro se* Plaintiff Caleb L. McGillvary, a state prisoner confined in New Jersey State Prison in Trenton, New Jersey, filed a complaint seeking a declaration that he is not subject to apprehension, detention, or removal from the United States and requesting vacatur of an immigration detainer lodged against him.  D.E. 1 ("Compl." or "Complaint").  On April 7, 2025, this Court dismissed the Complaint for lack of subject matter jurisdiction, D.Es. 6 ("Initial Opinion") & 7 ("Initial Order").  Plaintiff filed a motion for reconsideration.  D.E. 11 ("First Motion for Reconsideration").  This Court denied Plaintiff's First Motion for Reconsideration. D.Es. 24 ("Reconsideration Opinion") & 26 ("Reconsideration Order").

Presently before the Court is Plaintiff's Motion for Reconsideration and Recusal, D.E. 27 ("Second Motion for Reconsideration") which this Court will **DISMISS** as moot because the Third Circuit affirmed this Court's Judgment dismissing this action for lack of subject matter jurisdiction.  D.Es. 34 ("USCA Judgment") & 36 ("Mandate").

**IT IS**, on this 25th day of February 2026,

**ORDERED** that the Clerk of Court shall reopen this matter solely for entry of the Memorandum Order; and it is further

**ORDERED** that Plaintiff's Second Motion for Reconsideration, D.E. 27, is **DISMISSED** as moot; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this matter; and it is finally

**ORDERED** that the Clerk of Court shall send a copy of this Memorandum Order to Plaintiff by regular U.S. mail.

Evelyn Padin, U.S.D.J.

2